UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE PARCEL TANKER SHIPPING      :
SERVICES ANTITRUST LITIGATION     :      Civil No. 3:04cv318   (AVC)
                                  :
                                  :
                                  :      MDL No. 1568
                                  :
                                  :
                                  :

### ORDER OF DISMISSAL

On November 18, 2005, the court ordered the plaintiff in Tulstar v. Stolt-Nielsen, 3:04cv318 (AVC) to show cause why this case should not be stayed pending completion of arbitration. The plaintiff did not respond to the order. On December 16, 2005, the defendants filed their response, arguing that dismissal is appropriate because, although the plaintiff filed a complaint approximately 22 months ago, it has failed to serve the complaint, respond to this order, or communicate in any way with the defendants.

The court agrees with the defendants and accordingly, this matter is ordered dismissed. Dismissal shall be without prejudice.

It is so ordered this 6th of February, 2006 at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge